[No. 18509–8–I.   Division One.   April 18, 1988.]

PHILLIP H. KRUEGER, ET AL, *Appellants,* v. WILLIAM L. FREITAS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–06215–2, Liem E. Tuai, J., entered April 22, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 20059–3–I.   Division One.   April 18, 1988.]

DONALD FACCONE, *Appellant,* v. KING COUNTY DEPARTMENT OF PUBLIC WORKS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–00678–8, Anthony P. Wartnik, J., entered February 13, 1987. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Williams and Winsor, JJ.

[No. 18409–1–I.   Division One.   April 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY D. HENDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00535–4, Robert C. Bibb, J., entered May 2, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Williams, J.